# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 10/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. ▓▓▓ FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | A | Dividend | K | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | A | Dividend | L | T | | | | | |
| 8. IRA-MORGAN STANLEY-FIRST EAGLE SOGEN FDS INC GLOBAL FD CL A | | None | | | Sold | 09/22/15 | M | F | |
| 9. IRA-MORGAN STANLEY-AMERICAN FUNDS-NEW PERSPECTIVE | C | Dividend | L | T | | | | | |
| 10. IRA-MORGAN STANLEY-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 11. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 12. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 13. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 14. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 15. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 16. IRA-MORGAN STANLEY-VAN KAMPEN FD- VAN KAMPEN GROWTH & INCOME | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA-MORGAN STANLEY-AMERICAN FUNDS-GROWTH FUND OF AMERICA | D | Dividend | M | T | | | | | |
| 18. IRA-MORGAN STANLEY-ALLSTATE LIFE INS T-LINK ANNUITY | | None | M | T | | | | | |
| 19. IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 20. IRA-MORGAN STANLEY-PIMCO FUNDS-PAC INVT MGMT COM REAL RET STRAT | A | Dividend | | | Sold | 09/22/15 | K | A | |
| 21. IRA-MORGAN STANLEY-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | K | T | | | | | |
| 22. PUTNAM FUNDS-PUTNAM FLOATING RATE INCOME FD CL C | B | Dividend | | | Sold | 09/22/15 | L | A | |
| 23. IRA-MORGAN STANLEY-CASH | A | Interest | M | T | | | | | |
| 24. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | | | Redeemed | 09/02/15 | J | A | |
| 25. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 26. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | A | Interest | K | T | | | | | |
| 27. AMERICAN FUNDS-TAX EXEPMT BOND FUND CL A | | None | | | Merged (with line 26) | 09/03/15 | K | | |
| 28. PUTNAM DIVERSIFIED INCOME TR | B | Dividend | | | Sold | 09/25/15 | K | A | |
| 29. IRA-MORGAN STANLEY-CALAMOS NEW MARKET NEUTRAL CL I | B | Dividend | L | T | | | | | |
| 30. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA CL FI | D | Dividend | L | T | | | | | |
| 31. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LARGE CAP VAL CL I | B | Dividend | M | T | | | | | |
| 32. IRA-MORGAN STANLEY-FIRST EAGLE FDS INC GLOBAL | A | Dividend | | | Sold | 09/22/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. FIDELITY-NUVEEN PREMIER MUN INC FD | B | Dividend | K | T | | | | | |
| 34. FIDELITY-NUVEEN INVT QUALITY MUN FUND | C | Dividend | L | T | | | | | |
| 35. FIDELITY-NUVEEN SELECT QUALITY MUN FUND | B | Int./Div. | K | T | | | | | |
| 36. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 37. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | B | Dividend | K | T | | | | | |
| 38. TEMPLETON GLOBAL BOND FUND | A | Dividend | K | T | | | | | |
| 39. IRA-TEMPLETON INCOME TR GLOBAL ADV | | None | | | Sold | 06/26/15 | L | A | |
| 40. IRA-LORD ABBOT SHORT DURATION INCOME | A | Dividend | | | Sold | 06/26/15 | K | A | |
| 41. IRA-LOOMIS SAYLES STRATEGIC INCOME | B | Dividend | | | Sold | 09/22/15 | L | B | |
| 42. IRA-LOOMIS SAYLES INVT GRADE BOND | A | Dividend | | | Sold | 06/26/15 | L | A | |
| 43. IRA-INVESTMENT CO OF AMERICA | C | Dividend | K | T | | | | | |
| 44. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | A | Dividend | L | T | | | | | |
| 45. IRA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 46. IRA-GATEWAY FUND | B | Dividend | | | Sold | 09/22/15 | L | D | |
| 47. IRA-FIDELITY ADV NEW INSIGHTS | C | Dividend | L | T | | | | | |
| 48. IRA-FIDELITY ADV STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 49. IRA-DOUBLELINE TOTAL RETURN BOND | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. IRA-AT&T | B | Dividend | K | T | | | | | |
| 51. IRA-CASH MORGAN STANLEY | A | Interest | J | T | | | | | |
| 52. FIDELITY ADV EMERGING MKTS | | None | | | Sold | 03/23/15 | L | A | |
| 53. IRA-TEMPLETON GLOBAL BOND | A | Dividend | K | T | | | | | |
| 54. NUVEEN TN MUNI BD | C | Interest | M | T | | | | | |
| 55. IRA-PIMCO ALL ASSET ALL AUTHORITY | A | Dividend | | | Sold | 09/25/15 | K | A | |
| 56. IRA-FIDELITY ADVISOR SER VII EMERG MKT INC | B | Dividend | | | Sold | 03/23/15 | K | A | |
| 57. NUVEEN TN MUNI BD | A | Interest | K | T | | | | | |
| 58. FIDELITY-BLACKROCK MUNI INC QUALITY | B | Interest | K | T | | | | | |
| 59. FIDELITY-NUVEEN DIV ADVANTAGE MUNI | B | Interest | K | T | | | | | |
| 60. FIDELITY-NUVEEN MUN OPPORTUNITY FD | B | Interest | K | T | | | | | |
| 61. FIDELITY-NUVEEN PERFORMANCE PLUS MUN | B | Interest | K | T | | | | | |
| 62. FIDELITY-NUVEEN PREM INC MUN FD 2 | B | Interest | K | T | | | | | |
| 63. FIDELITY-ISHARES S&P 500 GROWTH ETF | A | Dividend | K | T | | | | | |
| 64. | | | | | Buy (add'l) | 01/14/15 | K | | |
| 65. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | | | | | |
| 66. FIDELITY-ISHARES CORE S&P 500 ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 68. VOYA SR INCOME FD CL C | B | Dividend | | | Sold | 10/14/15 | K | A | |
| 69. IRA-MORGAN STANLEY- FPA FDS TR CRESCENT PORTFOLIO | C | Dividend | L | T | | | | | |
| 70. IRA-MORGAN STANLEY- HIGHLAND FDS FLTG RATE OPPORTUNITY | B | Dividend | | | Sold | 09/22/15 | K | A | |
| 71. IRA-MORGAN STANLEY- NUVEEN BUILD AMER BD FD | B | Interest | | | Sold | 06/26/15 | K | B | |
| 72. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | B | Interest | K | T | | | | | |
| 73. SCHWAB-EXCEL TRUST 8.125% | A | Interest | | | Sold | 07/31/15 | K | A | |
| 74. SCHWAB-FIRST POTOMAC 7.75% | B | Interest | K | T | | | | | |
| 75. SCHWAB-GLIMCHER REA 8.125% | A | Interest | | | Sold | 04/15/15 | K | A | |
| 76. SCHWAB-HERSHA HOSP 8% | B | Interest | K | T | | | | | |
| 77. SCHWAB-KITE REALTY 8.25% | B | Interest | | | Sold | 12/07/15 | K | A | |
| 78. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | | | | | |
| 79. SCHWAB-NORTHSTAR REA 8.25% | B | Interest | K | T | | | | | |
| 80. SCHWAB-PEBBLEBROOK HOTEL 8% | B | Interest | K | T | | | | | |
| 81. | | | | | Buy (add'l) | 08/12/15 | K | | |
| 82. SCHWAB-STAG INDL 6.25% | B | Interest | K | T | | | | | |
| 83. SCHWAB-SUMMIT HOTEL 7.7875% | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. SCHWAB-EQUITY COMMONWEALTH TH R 7.25% PFD | A | Interest | K | T | | | | | |
| 85. SCHWAB-UMH PROPERTIES 8.25% PFD | A | Interest | J | T | | | | | |
| 86. IRREVBL TRUST U/A DTD 12/29/1999 DOD 8/23/2014 INCOME BENEFICIARY | | | | | | | | | |
| 87. -AT&T X | C | Dividend | L | T | | | | | |
| 88. -CHEVRON X | A | Dividend | J | T | | | | | |
| 89. -EXXON MOBIL X | A | Dividend | J | T | | | | | |
| 90. -WISDOMTREE TRUST EMERGING MKT EQT | B | Dividend | K | T | | | | | |
| 91. -GUGGENHEIM MULTI-ASSET INCOME | A | Dividend | | | Sold | 09/23/15 | K | | |
| 92. -FIRST TRUST DJ GL SEL DVD | B | Dividend | K | T | | | | | |
| 93. -SPDR S&P DIVIDEND | A | Dividend | K | T | | | | | |
| 94. -MACY'S INC | A | Dividend | | | Sold | 12/30/15 | K | A | |
| 95. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 96. -DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 97. -CORNING INC | A | Dividend | J | T | | | | | |
| 98. -WALGREENS BOOTS ALLIANCE | A | Dividend | J | T | | | | | |
| 99. -ABBVIE INC | A | Dividend | J | T | | | | | |
| 100. -BOEING CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  -MORGAN STANLEY CASH ACCOUNT | A | Interest | L | T | | | | | |
| 102.  -OLIN CORPORATION | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 103.  -ISHARES SMALL CAP 600G ETF | A | Dividend | K | T | Buy | 07/14/15 | K | | |
| 104.  -VISA INC CL A | A | Dividend | J | T | Buy | 12/30/15 | J | | |
| 105.  -VANGUARD MIDCAP GROWTH ETF | A | Dividend | K | T | Buy | 07/17/15 | K | | |
| 106.  -FIRST TR EXCHANGE TRADED FD VI | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 107.  CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 108.  IRA-MORGAN STANLEY-PIONEER SER TR X DYNAMIC CR VD | B | Dividend | | | Sold | 09/22/15 | L | A | |
| 109.  IRA-MORGAN STANLEY-JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 110.  IRA-MORGAN STANLEY-SWEEP ACCOUNT | A | Interest | M | T | | | | | |
| 111.  AT&T X | A | Dividend | | | Sold | 08/07/15 | J | A | |
| 112.  DOUBLELINE INCOME SOLUTIONS FD X | A | Dividend | | | Sold | 08/07/15 | J | A | |
| 113.  GOLDMAN SACHS MLP INC OPPTY FD X | A | Dividend | | | Sold | 08/07/15 | J | A | |
| 114.  UNIT GUGGENHEIM INTL DIV STRAT 21 X | A | Dividend | | | Sold | 01/20/15 | J | A | |
| 115.  UNIT AAM STRATEGIC HIGH 50/Q50 DV & GRWTH 141Q X | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 116.  PIONEER MULTI ASSET INC C X | A | Dividend | | | Sold | 08/07/15 | J | A | |
| 117.  MORGAN STANLEY BANK N.A. - MONEY MARKET X | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. UNIT AAM AM RENAISSANCE 13-1 X | A | Dividend | | | Sold | 09/24/15 | J | A | |
| 119. UNIT FIRST TRUST EUR DEEP VAL SUB 105 X | A | Dividend | | | Sold | 04/23/15 | J | A | |
| 120. FIDELITY ADV GRW OPPORT C X | A | Dividend | | | Sold | 05/15/15 | J | B | |
| 121. TOUCHSTONE PREM YIELD EQ C X | A | Dividend | | | Sold | 05/15/15 | J | A | |
| 122. FIDELITY ADV NEW INSIGHTS X | A | Dividend | | | Sold | 05/15/15 | J | A | |
| 123. VIRTUS GLBL MUL SEC 1 X | A | Dividend | | | Sold | 05/15/15 | J | A | |
| 124. UNIT FIRST TRUST SABFIENT BAKERS DOZ 2014 X | A | Dividend | | | Sold | 02/20/15 | J | B | |
| 125. UNIT FIRST TRUST DIVIDEND STRENGTH 18 X | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 126. FIRST TRUST MID CAP VALUE | A | Dividend | K | T | | | | | |
| 127. ISHARES SMALL CAP 600 ETF | A | Dividend | L | T | | | | | |
| 128. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 129. VANGUARD MID CAP VALUE ETF | A | Dividend | K | T | | | | | |
| 130. | | | | | Buy (add'l) | 01/24/15 | J | | |
| 131. VANGUARD MID CAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 132. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 133. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 134. POWERSHARES S&P SC INDUSTRIAL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. TRIMTABS BLOAT SHRINK ETF | A | Dividend | L | T | | | | | |
| 136. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 137. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 138. | | | | | Buy (add'l) | 01/14/15 | J | | |
| 139. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 140. MORGAN STANLEY BANK | A | Interest | J | T | Buy | 09/02/15 | J | | |
| 141. FIDELITY-PROSHARES TRUST S&P 500 ETF | A | Dividend | K | T | Buy | 02/25/15 | K | | |
| 142. FIDELITY-BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | J | T | Buy | 08/15/15 | J | | |
| 143. MORGAN STANLEY BANK | A | Interest | J | T | Buy | 12/31/15 | J | | |
| 144. MORGAN STANLEY-POWERSHARES RUSSELL MIDCAP P | A | Dividend | K | T | Buy | 02/20/15 | K | | |
| 145. | | | | | Buy (add'l) | 03/02/15 | K | | |
| 146. MORGAN STANLEY-VANGUARD SAMLL CAP ETF | A | Dividend | J | T | Buy | 03/02/15 | K | | |
| 147. MORGAN STANLEY-PALO ALTO NETWORKS INC | | None | K | T | Buy | 06/05/15 | K | | |
| 148. MORGAN STANLEY-MOBILEYE NV | | None | J | T | Buy | 06/05/15 | K | | |
| 149. MORGAN STANLEY-SALESFORCE COM INC | | None | J | T | Buy | 08/07/15 | J | | |
| 150. MORGAN STANLEY-SPDR S&P DIVIDEND | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 151. MORGAN STANLEY-CHEVRON CORP | A | Dividend | J | T | Buy | 01/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. MORGAN STANLEY-JOHNSON & JOHNSON PREF RATE | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 153. MORGAN STANLEY-APPLE INC PREF RATE | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 154. IRA-VANGUARD HEALTH CARE EFT | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 155. IRA-CONS DISCRET SEL SECT SPDR | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 156. IRA-THE FINANCIAL SEL SECT SPDR | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 157. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 158. SCHWAB-CAMPUS CREST COM 8% PFD | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 159. SCHWAB-HUDSON PACIF 8.375% | A | Dividend | | | Buy | 05/14/15 | J | | |
| 160. | | | | | Sold | 12/10/15 | J | A | |
| 161. SCHWAB-RESOURCE CAP 8.625% PFD | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 162. SCHWAB-CAPSTEAD MTG C 7.5% PFD | A | Dividend | J | T | Buy | 05/14/15 | J | | |
| 163. SCHWAB-DFA US CORE EQUITY I PORT INSTL | C | Dividend | M | T | Buy | 08/27/15 | L | | |
| 164. | | | | | Buy (add'l) | 09/29/15 | K | | |
| 165. | | | | | Buy (add'l) | 10/30/15 | L | | |
| 166. SCHWAB-URSTADT BIDD 7.125% PFD | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 167. SCHWAB-CEDAR REALTY 7.25% PFD | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 168. IRA-MORGAN STANLEY-FIDELITY ADV ENERGY I | A | Dividend | K | T | Buy | 03/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. IRA-MORGAN STANLEY-VANGUARD HEALTH CARE ETF | A | Dividend | L | T | Buy | 09/23/15 | L | | |
| 170. | | | | | Buy (add'l) | 12/08/15 | K | | |
| 171. IRA-MORGAN STANLEY-CONS DISCRET SEL SECT SPDR FD | A | Dividend | L | T | Buy | 09/23/15 | L | | |
| 172. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | K | T | Buy | 09/23/15 | K | | |
| 173. IRA-MORGAN STANLEY-FIRST TR EX TRADED FD VI | A | Dividend | L | T | Buy | 09/23/15 | K | | |
| 174. | | | | | Buy (add'l) | 12/08/15 | K | | |
| 175. IRA-WELLS FARGO-LOOMIS SAYLES STRAT ALPHA Y | | None | | | Buy | 01/26/15 | L | | |
| 176. | | | | | Sold | 09/23/15 | L | A | |
| 177. IRA-MORGAN STANLEY-KINDER MORGAN INCORP | A | Dividend | J | T | Buy | 01/26/15 | K | | |
| 178. IRA-MORGAN STANLEY-ANGEL OAK MULTI STRAT INC | B | Dividend | L | T | Buy | 04/14/15 | K | | |
| 179. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 180. IRA-MORGAN STANLEY-NATIXIS ASG MANAG FUT STRAT Y | B | Dividend | K | T | Buy | 03/23/15 | L | | |
| 181. IRA-MORGAN STANLEY-PIMCO INCOME | A | Dividend | L | T | Buy | 06/26/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 10/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN          FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 14
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 15
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 70
ING SR INCOME FD CL C CHANGED NAME TO VOYA SR INCOME FD CL C

SCHEDULE VII, LINE 87
TRUST ESTABLISHED BY INHERITANCE FROM PARENT DOD 8/23/14

SCHEDULE VII, LINE 85
COMMONWEALTH TH R 7.25% PFD CHANGED NAME TO EQUITY COMMONWEALTH 7.25% PFD

SCHEDULE VII, LINES 8 9 10 16 17 18 19 20 21 23 29 30 31 32 69 70 WERE TRANSFERED FROM WELLS FARGO TO MORGAN STANLEY DURING THE YEAR

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JON P. MCCALLA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544